1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,              Case No.  22-CR-2487-BAS-7

11                  Plaintiff,              PRELIMINARY ORDER OF
                                            CRIMINAL FORFEITURE
12        v.

13   JINJIE CHEN (7),

14                  Defendant.

15

16        WHEREAS, in the Superseding Information, the United States sought forfeiture of

17   all right, title, and interest in all specific properties of Defendant JINJIE CHEN

18   ("Defendant"), pursuant to 31 U.S.C. § 5332(b)(2) as properties involved in the commission

19   of Bulk Cash Smuggling or traceable to such offense, in violation of Title 18 U.S.C. 3552(a)

20   as charged in the Superseding Information; and

21        WHEREAS, on or about June 5, 2023, Defendant pled guilty before the Honorable

22   Cynthia A. Bashant, United States District Judge, to the Superseding Information, which

23   plea included consents to the forfeiture allegations of the Superseding Information,

24   including forfeiture of (i) $25,400.00 U.S. currency; (ii) $9,900.00 in U.S. currency; (iii)

25   one White/Pink Apple iPhone S (Model: A1687; FCC ID:BCG-E2944A; IC: 579C-

26   E2944A); and (iv) one White Apple iPhone 13 Pro with a Black Otterbox Case;

27   //

28

1  WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture

2  addendum, the Court finds that United States has established the requisite nexus between

3  the forfeited property and the offense;

4  WHEREAS, by virtue of said guilty plea, the United States is now entitled to

5  possession of the above-referenced property, pursuant to 31 U.S.C. § 5332(b)(2) and Rule

6  32.2(b) of the Federal Rules of Criminal Procedure;

7  WHEREAS, pursuant to Rule 32.2(b), the United States having requested the

8  authority to take custody of the (i) $25,400.00 U.S. Currency; (ii) $9,900.00 in U.S.

9  currency; (iii) one White/Pink Apple iPhone S (Model: A1687; FCC ID:BCG-E2944A; IC:

10  579C-E2944A); and (iv) one White Apple iPhone 13 Pro with a Black Otterbox Case, which

11  of which are hereby found forfeitable by the Court; and

12  WHEREAS, the United States, having submitted the Order herein to the Defendant

13  through his attorney of record, to review, and no objections having been received;

14  Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

15  1.   Based upon the guilty plea of the Defendant, the United States is hereby

16  authorized to take custody and control of (i) $25,400.00 U.S. currency; (ii) $9,900.00 in U.S.

17  currency; (iii) one White/Pink Apple iPhone S (Model: A1687; FCC ID:BCG-E2944A; IC:

18  579C-E2944A); and (iv) one White Apple iPhone 13 Pro with a Black Otterbox Case; and

19  all right, title and interest of Defendant JINJIE CHEN in the these properties is hereby

20  forfeited to the United States pursuant to 31 U.S.C. § 5332(b)(2) for disposition in

21  accordance with the law, subject to the provisions of 21 U.S.C. § 853(n).

22  2.   The (i) $25,400.00 U.S. currency; (ii) $9,900.00 in U.S. currency; (iii) one

23  White/Pink Apple iPhone S (Model: A1687; FCC ID:BCG-E2944A; IC: 579C-E2944A);

24  and (iv) one White Apple iPhone 13 Pro with a Black Otterbox Case is to be held by the

25  Drug Enforcement Administration and/or the United States Marshals Service in its secure

26  custody and control.

27  3.   Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin

28  proceedings consistent with any statutory requirements pertaining to ancillary hearings and

rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third- party petitions filed with the Court and served upon the United States.  The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition.  The Court may enter an amended order without further notice to the parties.

4.     Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5.     This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

6.     The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

7.     Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n) as to the aforementioned asset, in which all interests will be addressed.

//

//

- 3 -                                        22CR2487

1    8.    Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to

2  the Defendant at the time of sentencing and is part of the sentence and included in the

3  judgment.

4        **IT IS SO ORDERED.**

5

6  DATED:    October 25, 2023

    Hon. Cynthia Bashant
7    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

22CR2487